UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jason P. Fowler,

    Plaintiff,

    v.

Case Manager Michael C. Browning,

    Defendant.

Case No. 2:22-cv-3523

Judge Michael H. Watson

Magistrate Judge Litkovitz

## ORDER

After performing an initial screen of this prisoner civil rights case, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending the Court dismiss all claims except for the following claims asserted against Defendant in his individual capacity: (1) First Amendment retaliation; (2) Fourth Amendment unreasonable strip search; and (3) Eighth Amendment failure-to-protect. R&R 5, ECF No. 5. The R&R notified Plaintiff of his right to object to the recommendations contained therein and of the consequences of failing to do so. *Id.* at 10. Notably, the R&R warned Plaintiff that a failure to object would amount to a waiver of the right to *de novo* review by the District Judge and a right to appeal the judgement of the District Court. *Id.*

The deadline for objecting has passed, and Plaintiff did not file objections. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES** every claim except

the individual-capacity First Amendment retaliation, Fourth Amendment unreasonable strip search, and Eighth Amendment failure-to-protect claims.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**